UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAKESH JOSHI, an individual; PRANIKA JOSHI, an individual,

    Plaintiffs,

  v.

ROCKY BLUFFS PROPERTY OWNERS' ASSOCIATION, a California corporation, and DOES 1 through 25,

    Defendants.
_____/

NO. CIV. S-11-0083 LKK/CMK

O R D E R

On February 14, 2011, defendant Rocky Bluffs Property Owners Association filed a motion to strike plaintiffs' eighth and ninth causes of action for defamation and false light under California's Anti-SLAPP law. On March 4, 2011, plaintiffs Rakesh and Pranika Joshi voluntarily dismissed these claims.

For the foregoing reasons, the court DENIES defendant's motion, Doc. No. 9, as MOOT.

////

1

1    IT IS SO ORDERED.

2    DATED:  March 15, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT