**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
KATHERINE S. CATLOS, ESQ. SBN 184227
kcatlos@kdvglaw.com
GABRIEL N. RUBIN, ESQ. SBN 241659
grubin@kdvglaw.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone:  (415) 402-0059
Facsimile:   (415) 402-0679

Attorneys for Defendant
ROCKY BLUFFS PROPERTY
OWNERS' ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RAKESH JOSHI, an individual;<br>PRANIKA JOSHI, an individual;<br><br>            Plaintiffs,<br><br>      vs.<br><br>ROCKY BLUFFS PROPERTY OWNERS' ASSOCIATION, a California corporation, and DOES 1 through 25,<br><br>            Defendants. | Case No.: 2:11-CV-00083-LKK-CMK<br><br>ACTION FILED:  January 10, 2011<br>TRIAL DATE: February 5, 2013<br><br>**ORDER CONTINUING HEARING DATE FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I Having considered Defendant's *Ex Parte* Application and Defendant's Attorney's Rule 56(d) Declaration in support of same and finding good cause therefore,

IT IS HERBY ORDERED that the hearing date for Plaintiffs' Motion for Summary Judgment and all associated deadlines are continued until the close of discovery in this Action.

Dated:  October 21, 2011

　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT