UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAKESH JOSHI, an individual; PRANIKA JOSHI, an individual,

       Plaintiffs,

  v.

ROCKY BLUFFS PROPERTY OWNERS' ASSOCIATION, a California corporation, and DOES 1 through 25,

       Defendants.

NO. CIV. S-11-0083 LKK/CMK

O R D E R

On January 10, 2011, Plaintiffs Rakesh and Pranika Joshi filed an action alleging that Defendant Rocky Bluffs Property Owners' Association violated Plaintiffs' rights under, inter alia, Title VIII of the Civil Rights Act of 1968, Section 3617 of the Fair Housing Act, the Civil Rights Act of 1866, and the California Fair Employment and Housing Act. Pls' Compl., ECF No. 1 (Jan. 1, 2011).

On October 5, 2011, Plaintiffs filed a motion for summary judgment. Pls' Mot., ECF No. 26 (Oct. 5, 2011). Defendant filed

1

1 | an ex parte application to continue the hearing on Plaintiff's
2 | motion until after the close of discovery. Def's Appl., ECF No.
3 | 27 (Oct. 12, 2011). In response, this court issued an order
4 | providing that the hearing date for Plaintiff's motion for summary
5 | judgment and all associated deadlines are continued until the close
6 | of discovery in this action. Order, ECF No. 33 (Oct. 21, 2011).
7 |     IT IS HEREBY ORDERED that Plaintiff's motion for summary
8 | judgment is DENIED without prejudice, subject to be re-noticed
9 | after the close of discovery, pursuant to this court's order issued
10 | on October 21, 2011.
11 |     IT IS SO ORDERED.
12 |     DATED: November 2, 2011.

[Signature]
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2