**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
KATHERINE S. CATLOS, ESQ. SBN 184227
kcatlos@kdvglaw.com
GABRIEL N. RUBIN, ESQ. SBN 241659
grubin@kdvglaw.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile: (415) 402-0679

Attorneys for Defendant
ROCKY BLUFFS PROPERTY
OWNERS' ASSOCIATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RAKESH JOSHI, an individual; PRANIKA JOSHI, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKY BLUFFS PROPERTY OWNERS' ASSOCIATION, a California corporation, and DOES 1 through 25,<br><br>Defendants. | Case No.: 2:11-cv-00083-LKK-CMK<br><br>ACTION FILED: January 10, 2011<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFFS' AGREEMENT TO PAY DEFENDANT'S ATTORNEY'S FEES AND COSTS INCURRED IN PREPARING AND FILING DEFENDANT'S SPECIAL MOTION TO STRIKE IN THE AMOUNT OF $3,597** |

1  IT IS HEREBY STIPULATED, by and between Plaintiffs Rakesh Joshi and Pranika
2  Joshi (collectively, "Plaintiffs") and Defendant Rocky Bluffs Property Owners' Association
3  ("Defendant"), as follows:

5  WHEREAS on or about February 14, 2011, Defendant Rocky Bluffs Property Owners'
6  Association filed a Special Motion to Strike Plaintiffs Rakesh Joshi's and Pranika Joshis'
7  (collectively, "Plaintiffs") causes of action for defamation and false light in this Action (the
8  "Motion");

10  WHEREAS on or about March 4, 2011, Plaintiffs dismissed their causes of action for
11  defamation and false light and thereby rendering moot Defendant's Motion;

13  WHEREAS Defendant sought to recover its attorney's fees and costs incurred in
14  preparing and filing the Motion, and following Plaintiffs' voluntary dismissal of the
15  aforementioned causes of action, Plaintiffs and Defendant came to an agreement regarding the
16  payment of attorney's fees in connection with the Motion;

18  WHEREAS on or about March 4, 2011, Plaintiffs offered to pay Defendant Three-
19  Thousand-Five-Hundred-Ninety-Seven dollars ($3,597.00) as Defendant's reasonable attorney's
20  fees incurred in preparing and filing the Motion;

22  WHEREAS on or about July 28, 2011, Defendant accepted Plaintiffs' offer of Thousand-
23  Five-Hundred-Ninety-Seven dollars ($3,597.00); and

25  WHEREAS Plaintiffs and Defendant have agreed further that payment of the attorney's
26  fees stated herein shall be due and payable: (1) on the date any settlement sum is to be exchanged
27  by the parties or (2) within 15 days of the date that the court issues an order addressing the merits
28  of any motion for summary judgment.  If the case is not resolved by settlement or a summary

1  judgment motion is not heard, the sums shall be made payable within 15 days of Rocky Bluffs
2  and Plaintiffs signing a stipulation of dismissal of this case or the Court issues a dismissal.  The
3  parties agree that the Court will retain jurisdiction over this matter to ensure the sums are paid by
4  Plaintiffs.

6      IT IS SO STIPULATED.

8  DATED:  January 19, 2012          **KAUFMAN DOLOWICH VOLUCK & GONZO LLP**

10                                       /s/ Katherine S. Catlos
11                                       Katherine S. Catlos
12                                       Gabriel N. Rubin
13                                       Attorneys for Defendant
14                                       ROCKY BLUFFS PROPERTY OWNERS' ASSOCIATION

16  DATED:  January 19, 2012          **THE LAW OFFICES OF JASON D. ANNIGIAN, APC**

18                                       Jason D. Annigian
19                                       Attorneys for Plaintiffs
                                        RAKESH JOSHI AND PRANIKA JOSHI

20  **IT IS SO ORDERED,**

23  Dated:  January 20, 2012.

25                                       LAWRENCE K. KARLTON
                                        SENIOR JUDGE
26                                       UNITED STATES DISTRICT COURT