Damian E. LaCroix (SBN (TX) 24027433)
THE LACROIX LAW FIRM, P.C. (*Pro Hac Vice*)
416 Westheimer Rd.
Houston, Texas 77006
Tel:   (713) 429-1546
Fax:   (713) 429-1561
dlacroix@lacroixlawfirm.com

Jason D. Annigian, Esq. (State Bar No. 208876)
THE LAW OFFICE OF JASON D. ANNIGIAN, APC
114 N. Indian Hill Boulevard, Suite E
Claremont, California  91711
Tel:   (909) 981-0475
Fax:   (909) 981-0113
jason@annigian-law.com

Attorneys for: Plaintiffs Rakesh Joshi
and Pranika Joshi

DISTRICT COURT OF THE UNITED STATES OF AMERICA

FOR THE EASTERN DISTRICT OF CALIFORNIA –

SACRAMENTO DIVISION

| | |
|---|---|
| RAKESH JOSHI, an individual; PRANIKA JOSHI, an individual; <br><br>　　　　　　Plaintiffs, <br><br>　vs. <br><br>ROCKY BLUFFS PROPERTY OWNERS' ASSOCIATION, a California corporation, and DOES 1 through 25, <br><br>　　　　　　Defendants. | Case No.: 2:11-cv-00083-LKK-CMK <br><br>**ORDER** <br><br>Hearing Date: May 7, 2012 <br>Time: 10:00 a.m. <br>Courtroom 4 |

1

2   Having considered Plaintiffs' Amended Notice Of Motion And Amended
3   Motion For Leave To Modify Status [Pretrial Scheduling] Conference Order
4   [Docket No. 24] To Extend Time For Plaintiffs To File Their Expert Witness
5   Disclosures And Report; Memorandum Of Points And Authorities In Support Of
6   Motion, the Court finds Plaintiffs have shown good cause to accept the late- filing
7   of their Expert Witness Disclosure.

8   IT IS HEREBY ORDERED that Plaintiffs' Expert Witness Disclosure
9   [Docket No. 42] filed on Monday, March 19, 2012, is deemed timely filed,
10  despite the 2009 amendment to Rule 6, which would otherwise render the filing
11  untimely.  See Fed. R. Civ. P. 6(a) (5).

12

13  DATED:  April 26, 2012

14

15

16  _____
    LAWRENCE K. KARLTON
17  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25

26

27

28

-1-