IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAKESH JOSHI, et al., | No. CIV S-11-0083-LKK-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| ROCKY BLUFFS PROPERTY OWNERS' ASSOCIATION, | |
| Defendant. | |
| _____/ | |

      Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the court is plaintiffs' ex parte application for an order quashing deposition subpoenas commanding the attendance of non-party witnesses Stephen Peterson and Debra D. Peterson at their depositions on May 11, 2012.

      Under Federal Rule of Civil Procedure 45(c)(3)(A)(i), the court may quash a subpoena where it ". . .fails to allow a reasonable time to comply." The court finds that such is not the case here. The distinction between the current motion and defendant's earlier motion to quash a deposition subpoena for Dave Warner, which the court granted, is set forth in defendant's opposition to the instant motion. The depositions of the Petersons shall go forward

1  as noticed.

2  It appears that the approaching May 16, 2012, discovery cut-off date may have
3  motivated the current discovery dispute.  In order to avoid future disputes arising from this cut-
4  off date, the court sua sponte extends the time to conduct discovery consistent with the court's
5  May 23, 2011, scheduling order by two weeks to June 1, 2012.

6  Accordingly, IT IS HEREBY ORDERED that:

7  1. Plaintiffs' motion to quash (Doc. 56) is denied; and

8  2. The discovery cut-off is extended and discovery shall be completed, as that
9  term is defined in the court's May 23, 2011, scheduling order, by June 1, 2012.

DATED: May 10, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE