UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAKESH JOSHI, an individual; PRANIKA JOSHI, an individual,

        Plaintiffs,

   v.

ROCKY BLUFFS PROPERTY OWNERS' ASSOCIATION, a California corporation, and DOES 1 through 25,

        Defendants.
_____/

NO. CIV. S-11-0083 LKK/CMK

O R D E R

On June 11, 2012, defendants in the above-captioned matter filed a motion for summary judgment. Def's Mot., ECF No. 59. On June 12, 2012, Plaintiffs filed a cross-motion for summary judgment. Pls' Mot., ECF No. 60.

A hearing on Defendant's and Plaintiffs' motions for summary judgment is currently set for July 9, 2012. Pursuant to Local Rule 230(c), Plaintiffs' opposition or statement of non-opposition to Defendant's motion was due on June 25, 2012. Plaintiffs have not

1

1  filed an opposition or a statement of non-opposition.
2         Accordingly, the court ORDERS as follows:
3            [1] The hearing on Defendant's Motion for Summary
4            Judgment, ECF No. 59, is CONTINUED to July 23, 2012 at
5            10:00 A.M.
6            [2] The hearing on Plaintiffs' Cross-Motion for Summary
7            Judgment, ECF No. 60, is CONTINUED to July 23, 2012 at
8            10:00 A.M.
9            [2] Plaintiffs SHALL file an opposition or statement of
10           non-opposition, pursuant to Local Rules 230(c) and
11           260(b), no later than July 9, 2012.  Defendant MAY file
12           a reply no later than July 16, 2012.
13           [3] Counsel for Plaintiffs is ORDERED to SHOW CAUSE in
14           writing why sanctions should not issue in accordance
15           with Local Rule 110, including a fine of $150 or
16           judgment for Defendant.  Counsel for Plaintiff SHALL
17           file a response to this order to show cause within seven
18           (7) days of the issuance of this order.
19        IT IS SO ORDERED.
20        DATED:  June 27, 2012.

                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT