1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   RAKESH JOSHI, an individual;
     PRANIKA JOSHI, an individual,
11                                    NO. Civ.S-11-0083 LKK/CMK

              Plaintiffs,
12
         v.                          **ORDER RE DISPOSAL**
13                                   **DOCUMENTS AFTER**
     ROCKY BLUFFS PROPERTY           **NOTIFICATION OF SETTLEMENT**
14   OWNERS' ASSOCIATION, a
     California corporation, and
15   DOES 1 through 25,

16            Defendants.
     _____/
17

18       A Notice of Settlement has been filed in the above-captioned

19   case.  The court now orders that the dispositional documents

20   disposing of the case be filed no later than twenty (20) days from

21   the effective date of this order.

22       All hearing dates heretofore set in this matter are hereby

23   **VACATED.**

24       FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

25   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

26   ////

                                     1

1    CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2         IT IS SO ORDERED.

3         DATED:   July 6, 2012.

4

5

6    _____
     LAWRENCE K. KARLTON
7    SENIOR JUDGE
     UNITED STATES DISTRICT COURT
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2