```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


RAKESH JOSHI, an
individual; PRANIKA
JOSHI, an individual,

                                      NO. CIV. S-11-0083 LKK/CMK
          Plaintiffs,

     v.
                                               O R D E R
ROCKY BLUFFS PROPERTY
OWNERS' ASSOCIATION,
a California corporation,
and DOES 1 through 25,


          Defendants.
                                     /
```

On June 28, 2012, this court ordered counsel for plaintiff to show cause as to why sanctions should not issue, in accordance with Local Rule 110, for counsel's failure to file an opposition or statement of non-opposition to defendant's motion for summary judgment. See Order, ECF No. 66.

Counsel for plaintiff has filed a declaration and accompanying exhibits indicating that they did not file an opposition or statement of non-opposition because, shortly before plaintiff's

1

opposition was due, the parties had reached an agreement on the terms of a settlement.  <u>See</u> Annigian Decl., ECF No. 68, at 2.

On July 5, 2012, the parties in the above-captioned matter filed a notice of settlement of the entire action as to all parties and all causes of action.  Notice, ECF No. 67.

Good cause having been shown, the court finds that no sanction is appropriate.

Accordingly, the court orders as follows:

[1] The court's order to show cause, ECF No. 66, is DISCHARGED.

[2] The court's order requiring plaintiff to file an opposition or statement of non-opposition by July 9, 2012, ECF No. 66, is VACATED.

IT IS SO ORDERED.

DATED:  July 9, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2