1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

RAKESH JOSHI, an
10  individual; PRANIKA
JOSHI, an individual,

11
                              NO. CIV. S-11-0083 LKK/CMK
12          Plaintiffs,

13      v.
                                        O R D E R
14  ROCKY BLUFFS PROPERTY
OWNERS' ASSOCIATION,
15  a California corporation,
and DOES 1 through 25,

16

17          Defendants.
_____/
18

19      On June 28, 2012, this court ordered counsel for plaintiff to

20  show cause as to why sanctions should not issue, in accordance with

21  Local Rule 110, for counsel's failure to file an opposition or

22  statement of non-opposition to defendant's motion for summary

23  judgment.  See Order, ECF No. 66.

24      Counsel for plaintiff has filed a declaration and accompanying

25  exhibits indicating that they did not file an opposition or

26  statement of non-opposition because, shortly before plaintiff's

1

1 opposition was due, the parties had reached an agreement on the

2 terms of a settlement.   See Annigian Decl., ECF No. 68, at 2.

3       On July 5, 2012, the parties in the above-captioned matter

4 filed a notice of settlement of the entire action as to all parties

5 and all causes of action.   Notice, ECF No. 67.

6       Good cause having been shown, the court finds that no sanction

7 is appropriate.

8       Accordingly, the court orders as follows:

9            [1] The court's order to show cause, ECF No. 66, is

10           DISCHARGED.

11           [2] The court's order requiring plaintiff to file an

12           opposition or statement of non-opposition by July 9,

13           2012, ECF No. 66, is VACATED.

14      IT IS SO ORDERED.

15      DATED:  July 9, 2012.

16

17

18                          LAWRENCE K. KARLTON

19                          SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26