**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
KATHERINE S. CATLOS, ESQ. SBN 184227
kcatlos@kdvglaw.com
GABRIEL N. RUBIN, ESQ. SBN 241659
grubin@kdvglaw.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone:  (415) 926-7600
Facsimile:   (415) 926-7601

Attorneys for Defendant
ROCKY BLUFFS PROPERTY
OWNERS' ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RAKESH JOSHI, an individual;<br>PRANIKA JOSHI, an individual;<br><br>            Plaintiffs,<br><br>    vs.<br><br>ROCKY BLUFFS PROPERTY OWNERS'<br>ASSOCIATION, a California corporation, and<br>DOES 1 through 25,<br><br>            Defendants. | Case No.: 2:11-CV-00083-LKK-CMK<br><br>ACTION FILED:  January 10, 2011<br><br>**STIPULATION OF DISMISSAL WITH**<br>**PREJUDICE AND ORDER**<br><br>TRIAL DATE: February 5, 2013 |

//

//

//

//

//

//

IT IS HEREBY STIPULATED by and between the parties in this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a).

DATED:  June 25, 2012

| | |
|---|---|
| /s/Rakesh Joshi<br>Rakesh Joshi<br>Plaintiff | /s/Jason D. Annigian<br>Jason D. Annigian<br>Attorneys for Plaintiffs |
| /s/Pranika Joshi<br>Pranika Joshi<br>Plaintiff | /s/Damian E. LaCroix<br>Damian E. LaCroix<br>Attorneys for Plaintiffs |
| /s/James Matray<br>James Matray<br>President, Rocky Bluffs Property<br>Owners Association<br>Defendant | /s/Katherine S. Catlos<br>KAUFMAN DOLOWICH VOLUCK &<br>GONZO<br>Katherine S. Catlos<br>Gabriel N. Rubin<br>Attorneys for Defendant |

**IT IS SO ORDERED,**

Dated: July 19, 2012.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```